UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA               :
                                              ORDER
            - v. -                     :
                                              S2 19 Cr. 667 (PAC)
VINOTH PONMARAN,                       :
    a/k/a "Victor,"
    a/k/a "Victor James,"              :

                Defendant.             :

- - - - - - - - - - - - - - - - - -x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Michael D. Neff;

It is found that the Indictment in the above-captioned action, S2 19 Cr. 667 (PAC), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, S2 19 Cr. 667 (PAC), in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         July 20, 2022

                                    _____
                                    THE HONORABLE PAUL A. CROTTY
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK