# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON<br>HELENE R. BANKS<br>ANIRUDH BANSAL<br>DAVID L. BARASH<br>LANDIS C. BEST<br>BRADLEY J. BONDI<br>BROCKTON B. BOSSON<br>JONATHAN BROWNSON *<br>DONNA M. BRYAN<br>JOYDEEP CHOUDHURI *<br>JAMES J. CLARK<br>CHRISTOPHER W. CLEMENT<br>LISA COLLIER<br>AYANO K. CREED<br>PRUE CRIDDLE ±<br>SEAN M. DAVIS<br>STUART G. DOWNING<br>ADAM M. DWORKIN<br>ANASTASIA EFIMOVA<br>JENNIFER B. EZRING<br>HELENA S. FRANCESCHI<br>JOAN MURTAGH FRANKEL | JONATHAN J. FRANKEL<br>ARIEL GOLDMAN<br>PATRICK GORDON<br>JASON M. HALL<br>STEPHEN HARPER<br>WILLIAM M. HARTNETT<br>NOLA B. HELLER<br>CRAIG M. HOROWITZ<br>TIMOTHY B. HOWELL<br>DAVID G. JANUSZEWSKI<br>ELAI KATZ<br>JAKE KEAVENY<br>BRIAN S. KELLEHER<br>RICHARD KELLY<br>CHÉRIE R. KISER ‡<br>JOEL KURTZBERG<br>TED B. LACEY<br>MARC R. LASHBROOK<br>ALIZA R. LEVINE<br>JOEL H. LEVITIN<br>GEOFFREY E. LIEBMANN<br>BRIAN T. MARKLEY | TELEPHONE: (212) 701-3000<br>WWW.CAHILL.COM<br><br>1990 K STREET, N.W.<br>WASHINGTON, DC 20006-1181<br>(202) 862-8900<br><br>CAHILL GORDON & REINDEL (UK) LLP<br>20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800<br><br>WRITER'S DIRECT NUMBER | MEGHAN N. McDERMOTT<br>WILLIAM J. MILLER<br>EDWARD N. MOSS<br>NOAH B. NEWITZ<br>WARREN NEWTON §<br>DAVID R. OWEN<br>JOHN PAPACHRISTOS<br>LUIS R. PENALVER<br>KIMBERLY PETILLO-DÉCOSSARD<br>SHEILA C. RAMESH<br>MICHAEL W. REDDY<br>OLEG REZZY<br>THORN ROSENTHAL<br>TAMMY L. ROY<br>JONATHAN A. SCHAFFZIN<br>ANDREW SCHWARTZ<br>DARREN SILVER<br>JOSIAH M. SLOTNICK<br>RICHARD A. STIEGLITZ JR.<br>ROSS E. STURMAN<br>SUSANNA M. SUH<br>ANTHONY K. TAMA | JOHN A. TRIPODORO<br>GLENN J. WALDRIP, JR.<br>HERBERT S. WASHER<br>MICHAEL B. WEISS<br>DAVID WISHENGRAD<br>C. ANTHONY WOLFE<br>COREY WRIGHT<br>ELIZABETH M. YAHL<br>JOSHUA M. ZELIG<br><br>* ADMITTED AS A SOLICITOR IN<br>ENGLAND AND WALES ONLY<br>± ADMITTED AS A SOLICITOR IN<br>WESTERN AUSTRALIA ONLY<br>‡ ADMITTED IN DC ONLY<br>§ ADMITTED AS AN ATTORNEY<br>IN THE REPUBLIC OF SOUTH AFRICA<br>ONLY |

(212) 701-3008

VIA ECF

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

March 30, 2023

Re:   *United States of America* v. *Ponmaran*, S2 19 Cr. 667 (PAC)

Dear Judge Crotty:

We write on behalf of our client Vinoth Ponmaran in the above-captioned case to respectfully request an adjournment of the pretrial conference currently scheduled for April 5, 2023 at 2:30 PM, to give us time to consider a potential resolution of the matter, and to allow our client to review additional discovery.

The government has consented to the requested adjournment. We would respectfully request an adjournment until May 22, 23, or 25, 2023, at a time convenient for the Court. Both parties consent to the exclusion of time under the Speedy Trial Act between April 5, 2023 and any potential adjournment date.

Respectfully Submitted,

/s/
Nola B. Heller

Cc: All counsel of record (via ECF)

3/31/2023
The April 5 conference is adjourned to May 22 at 2PM. Time will be excluded through May 22, 2023. SO ORDERED.