# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | DARREN SILVER |
| HELENE R. BANKS | JOAN MURTAGH FRANKEL | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | JOSIAH M. SLOTNICK |
| ANIRUDH BANSAL | JONATHAN J. FRANKEL | | MARK LOFTUS | RICHARD A. STIEGLITZ JR. |
| DAVID L. BARASH | SESI GARIMELLA | 1990 K STREET, N.W. | JOHN MacGREGOR | SUSANNA M. SUH |
| LANDIS C. BEST | ARIEL GOLDMAN | WASHINGTON, DC 20006-1181 | BRIAN T. MARKLEY | ANTHONY K. TAMA |
| CHRISTOPHER BEVAN | PATRICK GORDON | (202) 862-8900 | MEGHAN N. McDERMOTT | JOHN A. TRIPODORO |
| BROCKTON B. BOSSON | JASON M. HALL | | WILLIAM J. MILLER | HERBERT S. WASHER |
| JONATHAN BROWNSON * | STEPHEN HARPER | CAHILL GORDON & REINDEL (UK) LLP | EDWARD N. MOSS | MICHAEL B. WEISS |
| DONNA M. BRYAN | WILLIAM M. HARTNETT | 20 FENCHURCH STREET | JOEL MOSS | DAVID WISHENGRAD |
| EMEKA C. CHINWUBA | NOLA B. HELLER | LONDON EC3M 3BY | NOAH B. NEWITZ | C. ANTHONY WOLFE |
| JOYDEEP CHOUDHURI * | CRAIG M. HOROWITZ | +44 (0) 20 7920 9800 | WARREN NEWTON § | ELIZABETH M. YAHL |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | DAVID R. OWEN | JOSHUA M. ZELIG |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | | JOHN PAPACHRISTOS | |
| AYANO K. CREED | ELAI KATZ | WRITER'S DIRECT NUMBER | LUIS R. PENALVER | |
| PRUE CRIDDLE ± | JAKE KEAVENY | | SHEILA C. RAMESH | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | BRIAN S. KELLEHER | | MICHAEL W. REDDY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | RICHARD KELLY | | OLEG REZZY | ‡ ADMITTED IN DC ONLY |
| ADAM M. DWORKIN | CHÉRIE R. KISER ‡ | | THOMAS ROCHER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | THORN ROSENTHAL | |
| SAMSON A. ENZER | TED B. LACEY | | TAMMY L. ROY | |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | JONATHAN A. SCHAFFZIN | |
| GERALD J. FLATTMANN JR. | ALIZA R. LEVINE | | ANDREW SCHWARTZ | |

(212) 701-3008

VIA ECF

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

May 12, 2023

Re:   *United States of America* v. *Ponmaran*, S2 19 Cr. 667 (PAC)

Dear Judge Crotty:

  We write on behalf of our client Vinoth Ponmaran in the above-captioned case to respectfully request an adjournment of the pretrial conference currently scheduled for May 22, 2023 at 2:00 PM, to give us additional time to review the voluminous discovery with our client, as well as to discuss a potential resolution of the matter.

  The government has consented to the requested adjournment. We would propose that the conference be adjourned until a time convenient to the Court on June 26, June 27, or June 29, 2023.  Both parties consent to the exclusion of time under the Speedy Trial Act between May 22, 2023 and any potential adjournment date.

Respectfully Submitted,

/s/
Nola B. Heller

Cc: All counsel of record (via ECF)

5/17/2023
The May 22 conference is adjourned to June 27, 2023 at 3:30PM. A motion schedule and trial date will be set at the next conference. Time is excluded through June 27, 2023.
SO ORDERED.