

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 4, 2023

**BY ECF AND EMAIL**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

      Re:   *United States v. Vinoth Ponmaran*,
            S5 19 Cr. 667 (PAC)

Dear Judge Crotty:

      Last month, defendant Vinoth Ponmaran filed a motion to suppress his post-arrest statement. (*See* Dkts. 127, 128, 129). The Government respectfully requests a three-day extension of the deadline to file its response, until Friday, September 8, 2023, in order to confirm certain factual questions with law enforcement in Washington State (where the defendant's post-arrest interview took place). The defense consents to this request. If this request is granted, the parties respectfully request that the deadline for the defense's reply be adjusted accordingly, so that it would now be due on September 22, 2023. The parties remain available to appear at the next scheduled conference on September 26, 2023, at 3:00 p.m.

                                                      Respectfully submitted,

9/5/2023
The proposed extensions are
granted. SO ORDERED.

*[signature: Paul A. Crotty]*

                                                  DAMIAN WILLIAMS
                                                United States Attorney
                                                Southern District of New York

                              By: *[signature: Michael D. Neff]*
                                   Michael D. Neff
                                   Assistant United States Attorney
                                   (212) 637-2107

cc:  Nola B. Heller, Esq. (via ECF and email)
      Scott B. Singer, Esq. (via ECF and email)