

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2023

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

    Re:   *United States v. Vinoth Ponmaran,*
            S5 19 Cr. 667 (PAC)

*[Handwritten annotation: 9/11/2023 — The Govt is allotted 10 additional pages. So ordered. Paul Crotty]*

Dear Judge Crotty:

    Last month, defendant Vinoth Ponmaran filed a motion to suppress his post-arrest statement on multiple alleged grounds. (*See* Dkts. 127, 128, 129). The Government just filed its memorandum of law in opposition. (*See* Dkt. 137). In order to comprehensively address all issues—doctrinal, factual, and argument—the Government respectfully requests permission to file an oversized brief.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney
                                        Southern District of New York

                    By:  */s/ Michael D. Neff*
                          Michael D. Neff
                          Assistant United States Attorney
                          (212) 637-2107

cc:  Nola B. Heller, Esq. (via ECF)
      Scott B. Singer, Esq. (via ECF)