

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2024

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

2/22/2024
A conference is scheduled for Wednesday, March 13, 2024 at 3:30PM. Time is excluded through March 13, 2024. SO ORDERED.

*[signature: Paul A. Crotty]*

Re:   *United States v. Vinoth Ponmaran*,
      S5 19 Cr. 667 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter to provide a brief status update to the Court; to request the scheduling of a pretrial conference in this case; and, in an abundance of caution, to request the exclusion of time under the Speedy Trial Act. By way of update, the parties are in advanced plea negotiations and believe we are close to finalizing a disposition. Accordingly, we respectfully request that the Court schedule a conference in the above-captioned case for the week of March 11, 2024, if convenient for the Court. If useful, the parties are available any time that week except for: (i) March 13 from 3 p.m. to 5 p.m., and (ii) March 14 in the morning. The Government also respectfully requests that the Court exclude time, under the Speedy Trial Act, until that conference, so that the parties can continue to pursue a potential pretrial resolution. *See* 18 U.S.C. § 3161(h)(7)(A). The defense consents to this request. Please let us know if anything further would be useful at this time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:  *[signature: Michael D. Neff]*
     Michael D. Neff
     Assistant United States Attorney
     (212) 637-2107

cc:  Nola B. Heller, Esq. (via ECF)
     Scott B. Singer, Esq. (via ECF)