

**NOLA B HELLER**
*Partner*
55 Hudson Yards  |  New
T: +1 (212)
nheller@milbank.com

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  06/11/2024

The sentencing scheduled for July 2, 2024, is hereby adjourned to July 31, 2024 at 10:00 a.m.  The sentencing submissions and deadline for Probation to issue the final PSR have also been extended to correspond to the new date.

June 10, 2024

<u>VIA ECF</u>

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States of America v. Vinoth Ponmaran*, S2 19 Cr. 667 (VSB)

Dear Judge Broderick:

    We write on behalf of our client, Vinoth Ponmaran, in the above-captioned case to respectfully request an adjournment of the sentencing hearing currently scheduled for July 2, 2024, at 12:00 PM.  The Government has consented to the requested adjournment.

    We propose that the hearing be adjourned until July 31, 2024, at 10:00 AM, and that the dates for the parties' sentencing submissions and Probation's deadline to issue the final PSR in this matter be extended to correspond to the new date.

                      Sincerely,

                      Nola B. Heller
                      *Counsel for Vinoth Ponmaran*

cc: AUSA Michael Neff (via ECF)